AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 MAY 16  PM 1:13

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:22-mj-00085-NYW-1 |
| Venieto MONTELONGO, *Defendant* | ) |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay Venieto MONTELONGO, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

Date: **12 May 2022**

_____
*Issuing officer's signature*
Nina Y. Wang
United States Magistrate Judge
*Printed name and title*

City and state: Denver, Colorado

---

### Return

This warrant was received on *(date)* 5/12/22, and the person was arrested on *(date)* 5/13/22
at *(city and state)* GREELEY, CO

Date: 5/16/22

_____
*Arresting officer's signature*
Luke Hitt   SA S103
*Printed name and title*