**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  22-CR-00171-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  VENIETO MONTELONGO,

    Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNT 1

On or about April 3, 2022, in the State and District of Colorado, the defendant, VENIETO MONTELONGO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2

On or about April 27, 2022, in the State and District of Colorado, the defendant, VENIETO MONTELONGO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## Forfeiture Allegation

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Counts 1 and 2 of this Indictment involving violations of 18 U.S.C. § 922(g)(1), defendant VENIETO MONTELONGO shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: (1) Taurus model G2c 9mm handgun bearing serial number ACC702222, (2) Smith and Wesson model M&P 9c 9mm handgun bearing serial number HTJ9148, (3) all recovered ammunition.

3. If any of the property described in paragraph two above, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third party;
    c) has been placed beyond the jurisdiction of the Court;
    d) has been substantially diminished in value; or
    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:


<u>Ink Signature on file in Clerk's Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney


<u>*s/Albert Buchman*</u>
Albert Buchman
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado   80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: al.buchman@usdoj.gov