| | |
|---|---|
| **DEFENDANT:** | VENIETO MONTELONGO |
| **AGE/YOB:** | 1987 |
| **COMPLAINT FILED?** | __x__ Yes  _____ No<br>If Yes, MAGISTRATE CASE NUMBER 22-mj-00085-NYW-1 |

**HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?**  _x_ Yes  ___ No

| | |
|---|---|
| **OFFENSE(S):** | (1) 18 U.S.C. § 922(g)(1), Firearm Possession by a Convicted Felon<br>(2) 18 U.S.C. § 922(g)(1), Firearm Possession by a Convicted Felon |
| **LOCATION OF OFFENSE:** | Weld County, Colorado |
| **PENALTY:** | (1) NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment<br>(2) NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment |
| **AGENT:** | Special Agent Amanda Schweiner<br>ATF |
| **AUTHORIZED BY:** | Albert Buchman<br>Assistant U.S. Attorney |

**ESTIMATED TIME OF TRIAL:**

_x_ five days or less; ___ over five days

**THE GOVERNMENT**

_x_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is not applicable to this defendant.