**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 22-cr-00171-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  VENIETO MONTELONGO,

    Defendant.

---

**ORDER SETTING TRIAL DATES AND DEADLINES**

---

This matter has been scheduled for a **four-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **July 25, 2022** at **9:00 a.m.** On the first day of trial, counsel shall be present at **8:30 a.m.** It is

ORDERED that all pretrial motions shall be filed by **June 10, 2022** and responses to these motions shall be filed by June 17, 2022. **If no motions are filed by such date, the Court will deem defendant to have waived any such motions**. It is further

ORDERED that, absent a relevant motion or further order of the Court, expert disclosures and materials required under Rules 702, 703, and 705 of the Federal Rules of Evidence shall be provided to defendant not later than 21 days before trial. It is further

ORDERED that, absent a relevant motion or further order of the Court, Rule 404(b) disclosures shall be made in accordance with the discovery hearing report (21 days before trial).

IT IS FURTHER ORDERED that a Trial Preparation Conference is set for **July 17, 2022** at **3:00 p.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person. Defendant is also required to be present.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) jury selection;

2) sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED this 23rd day of May, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge