IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00171-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

VENIETO MONTELONGO,

        Defendant.

---

**NOTICE OF DISPOSITION**

---

      Defendant, Venieto Montelongo by and through counsel, Kilie Latendresse, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in this case with the government.  The parties are requesting permission to contact the Court to schedule a change of plea hearing.

                                  Respectfully Submitted,

                                  VIRGINIA L. GRADY
                                  Federal Public Defender

                                  *s/ Kilie Latendresse*
                                  Kilie Latendresse
                                  Assistant Federal Public Defender
                                  633 17th Street, Suite 1000
                                  Denver, CO  80202
                                  Telephone:  (303) 294-7002
                                  FAX:  (303) 294-1192
                                  Kilie_Latendresse@fd.org
                                  Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, I electronically filed the foregoing

## NOTICE OF DISPOSITION

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Albert C. Buchman, Assistant United States Attorney
    al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Venieto Montelongo    (via U.S. Mail)

    *s/ Kilie Latendresse*
    Kilie Latendresse
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Kilie_Latendresse@fd.org
    Attorney for Defendant