**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  22-CR-00171-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

VENIETO MONTELONGO,

      Defendant.

---

**MOTION TO DISMISS COUNT TWO**

---

The United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Albert Buchman, and in accordance with the plea agreement in this matter, hereby files the United States' Motion to Dismiss Count Two in the above-captioned matter. As grounds therefore, the government respectfully states to the Court as follows:

1.   The defendant is scheduled for sentencing on December 29, 2022, having entered a plea of guilty to Count One of the Indictment, ECF 1, pursuant to the written plea agreement, ECF 26. Therefore, the government moves to dismiss the remaining count of the Indictment, Count Two.

2.   The government respectfully requests that the Court grant the present motion following the imposition of sentence and entry of judgment of conviction as to the

defendant. This request is in accordance with the negotiated terms as contained within the plea agreement.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of Count Two at the time of sentencing in the above-captioned matter.

Dated this 5th day of December, 2022.


Respectfully submitted,

COLE FINEGAN
United States Attorney

By:   s/ Albert Buchman
Albert Buchman
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
(303) 454-0100
Fax: (303) 454-0409
Email: al.buchman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Lauren Timm*
Lauren Timm
Legal Assistant
United States Attorney's Office