IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00171-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VENIETO MONTELONGO,

    Defendant.

_____

**MOTION TO RESTRICT ECF 37**
_____

The United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Albert Buchman, respectfully moves the Court to restrict ECF 37, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 3" restriction which would make the

\\

\\

\\

document, any order revealing the contents of that document, and the brief filed in support of this motion, viewable to the "filing party and the Court" only.

Respectfully submitted this 8th day of December, 2022.

                              COLE FINEGAN
                              United States Attorney

                   By:  *s/ Albert Buchman*
                        ALBERT BUCHMAN
                        Assistant United States Attorney
                        United States Attorney's Office
                        1801 California St., Ste. 1600
                        Denver, CO 80202
                        Telephone: (303) 454-0100
                        Fax:   (303) 454-0406
                        E-mail: al.buchman@usdoj.gov
                        Attorney for the Government

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8th, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/Lauren Timm*
Lauren Timm
United States Attorney's Office
Legal Assistant
