IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-CR-171-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

VENIETO MONTELONGO,

        Defendant.
_____

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING
_____

        Venieto Montelongo, through counsel, respectfully moves this Court to continue his sentencing hearing to a date no earlier than February 1, 2023. The government does not object to this request. As grounds for this motion, Mr. Montelongo states the following:

        Mr. Montelongo is currently participating in two programs at FDC-Englewood that he hopes to fully complete: Anger Management and Cognitive Thinking for Psychology. Mr. Montelongo has been in federal custody since May and this is the first time these programs have been made available to him. These programs began earlier this month and will take approximately 5-6 weeks to complete. Mr. Montelongo worries that he will be transferred out of FDC-Englewood before the

1

programs end if he is sentenced on the currently scheduled sentencing date of December 29, 2022.

Wherefore, Mr. Montelongo respectfully requests that this Court grant his motion to continue the sentencing hearing.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Kilie Latendresse
KILIE LATENDRESSE
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kilie.latendresse@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on December 15, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Albert Buchman, Assistant United States Attorney
  Al.Buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Venieto Montelongo (via U.S. Mail)

           s/Kilie Latendresse
           KILIE LATENDRESSE
           Assistant Federal Public Defender
           633 17th Street, Suite 1000
           Denver, CO  80202
           Telephone:  (303) 294-7002
           FAX:  (303) 294-1192
           kilie.latendresse@fd.org
           Attorney for Defendant