IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00171-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VENIETO MONTELONGO,

    Defendant.

### ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 20th day of December 2022.

    COLE FINEGAN
    United States Attorney

    s/ *Kurt Bohn*
    Kurt Bohn
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Fax: 303-454-0405
    Email: kurt.bohn@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of December 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                                  s/ *Sheri Gidan*
                                  FSA Paralegal
                                  Office of the U.S. Attorney