## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Criminal Case No. 22-cr-00171-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

VENIETO MONTELONGO,

        Defendant.

---

### PRELIMINARY ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c) (ECF No. 48). The Court having read said Motion and being fully advised in the premises finds:

THAT on May 19, 2022, an Indictment was filed charging Venieto Montelongo Count One and Count Two, both violations of 18 U.S.C. § 922(g)(1);

THAT on September 30, 2022, the defendant Venieto Montelongo entered a plea of guilty to Count One of the Indictment, which provides a factual basis and cause to issue a forfeiture order under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c);

THAT the requisite nexus exists between Count One, a violation of Title 18, United States Code, Section 922(g)(1), to which defendant Venieto Montelongo has pleaded guilty, and the following: (1) the Taurus model G2c 9mm handgun bearing serial number ACC702222 and (2)

the ammunition, to include the magazine, recovered on April 3, 2022; and

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the United States' Motion for Preliminary Order of Forfeiture is GRANTED;

THAT defendant's interest in the following items are forfeited to the United States in accordance with Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c): (1) the Taurus model G2c 9mm handgun bearing serial number ACC702222 and (2) the ammunition, to include the magazine, recovered on April 3, 2022;

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n), via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), in which all interests will be addressed;

THAT the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third parties in ancillary proceedings; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

DATED this 20th day of December, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge