# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

| | |
|---|---|
| Courtroom Deputy:   Leigh Roberson<br>Court Reporter:   Tammy Hoffschildt<br>Probation:   Kelly Muller | Date:   December 29, 2022<br>Interpreter:   n/a |

**CASE NO.   22-cr-00171-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Albert Buchman |
|    Plaintiff, | |
| v. | |
| VENIETO MONTELONGO, | Kilie Latendresse |
|    Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**Court in session:   10:41 a.m.**

Appearances of counsel.   Defendant is present and in custody.

Defendant entered his plea on September 30, 2022, to Count 1 of the Indictment.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

**ORDERED:**   This matter is continued to December 30, 2022, at 9:30 a.m., at which time the government shall make the firearm available to the Court.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess: 11:27 a.m.**
Hearing concluded.
Total time: 46 minutes