# Ok IIN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Tammy Hoffschildt<br>Probation: Kelly Muller | Date: December 30, 2022<br>Interpreter: n/a |
|---|---|

**CASE NO.   22-cr-00171-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Albert Buchman |
| Plaintiff, | |
| v. | |
| VENIETO MONTELONGO, | Kilie Latendresse |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING – Continued from December 29, 2022**

**Court in session:   9:30 a.m.**

Appearances of counsel.   Defendant is present and in custody.

Preliminary remarks made by the Court.

The Court confirms that the firearm in question is available for viewing.

Discussion held regarding the Presentence Investigation Report.

The firearm is tendered to the Court and inspected.

Argument given and discussion held regarding the firearm.

The Court finds that the firearm serial number is altered.

**ORDERED:**  Motion to Dismiss Count Two (Doc. 31) is GRANTED.

**ORDERED:**   Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to USSG § 3E1.1(b) (Doc. 32) is GRANTED.

Argument given regarding sentencing.

Defendant addresses the Court.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

The Court states its findings and conclusions.

**ORDERED:**   Motion (Doc. 36) is GRANTED in part as stated on the record.

**ORDERED:**   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, VENIETO MONTELONGO, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **72 months.**

**ORDERED:**   Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **three (3) years.**

**ORDERED:**   While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release as stated on the record.

**ORDERED:**   Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed, because the defendant has no ability to pay a fine.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:**   Any notice of appeal must be filed within 14 days.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**   11:30 a.m.
Hearing concluded.
Total time:            2:00