IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00171-RM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. VENIETO MONTELONGO,

   Defendant.
_____

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE**
_____

  COMES NOW the United States of America ("United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Kurt Bohn, and respectfully requests that this Court enter a Final Order of Forfeiture in this case, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2.

  In support thereof, the United States submits the following:

  1. On May 19, 2022, the Grand Jury charged defendant Venieto Montelongo by Indictment with Count One and Count Two, both violations of 18 U.S.C. § 922(g)(1). (ECF Doc. 9).  The United States also sought forfeiture from the defendant pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c) of any firearms and ammunition involved in the commission of the offenses, including but not limited to the following: (1) Taurus model G2c 9mm handgun bearing serial number ACC702222, (2) Smith and Wesson model M&P 9c 9mm handgun bearing serial number HTJ9148, (3) all recovered ammunition.  (ECF Doc. 9 at 2).

2. On September 30, 2022, defendant Venieto Montelongo entered a plea of guilty to Count One of the Indictment. (ECF Doc. 26). The Plea Agreement provides, *inter alia*, that the defendant agreed to plead guilty to Count One. (ECF Doc. 26 at 1-2). The defendant also agreed to the forfeiture of the above listed assets. (ECF Doc. 26 at 3-4). As discussed below, the defendant further agreed to facts that establish a nexus between Count One and (1) the Taurus model G2c 9mm handgun bearing serial number ACC702222 and (2) the ammunition, to include the magazine, recovered on April 3, 2022. (ECF Doc. 26 at 6-8). Also in the Plea Agreement, the United States agreed to dismiss Count Two at sentencing.[1] (ECF Doc. 26 at 2).

3. Pursuant to the Plea Agreement and the United States' Motion for Preliminary Order of Forfeiture, the Court entered a Preliminary Order of Forfeiture on December 20, 2022, forfeiting to the United States any and all of defendant Montelongo's rights, title, and interest in the (1) the Taurus model G2c 9mm handgun bearing serial number ACC702222 and (2) the ammunition, to include the magazine, recovered on April 3, 2022. (ECF Doc. 49).

4. The Preliminary Order of Forfeiture further directed the United States to seize the subject property and to publish notice of the forfeiture. (ECF Doc. 49 at 2).

5. Federal Rule of Criminal Procedure 32.2(b)(6)(A) requires that the government send notice to "any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding." The United

---

[1] As noted in the United States' Motion for Preliminary Order of Forfeiture, the United States is not seeking to judicially forfeit the firearm and ammunition associated with Count Two, the Smith & Wesson model M&P 9c handgun bearing serial number HTJ9148 and ammunition seized on or about April 27, 2022. (ECF Doc. 48 at 2). However, on December 30, 2022, defendant Montelongo signed a waiver form, which allows ATF to administratively forfeit and/or destroy those items.

States is not aware of any such potential claimants in this matter.

6. In addition, the United States published notice of the forfeiture of the firearm described above via an official government internet website for thirty consecutive days, from December 22, 2022, through January 20, 2023, for the assets seized from defendant Montelongo, consistent with Fed. R. Crim. P. 32.2(b)(6)(C). Pursuant to 21 U.S.C. § 853(n)(2), the deadline for any interested party who received notice of the forfeiture through the website to file a claim in this action asserting an interest in the firearm seized from defendant Montelongo was February 20, 2023.

7. To date no third party has filed a Petition for Ancillary Hearing regarding the assets that the United States seeks to forfeit, and the deadline to do so has elapsed.

8. Accordingly, the United States respectfully requests that the Court enter the Final Order of Forfeiture tendered herewith in accordance with 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2, forfeiting to the United States the (1) the Taurus model G2c 9mm handgun bearing serial number ACC702222 and (2) the ammunition, to include the magazine, recovered on April 3, 2022.

DATED this 24th day of February 2023.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: s/ *Kurt J. Bohn*
Kurt J. Bohn
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: kurt.bohn@usdoj.gov
*Attorney for the United States*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of February 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all parties of record.

      s/ *Sheri Gidan*
      FSA Paralegal
      U.S. Attorney's Office