IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 22-cr-00171-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    VENIETO MONTELONGO,

    Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (ECF No. 55). The Court having reviewed said Motion FINDS:

- the United States commenced this action pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) as set forth in the Indictment returned on May 19, 2022;

- a Preliminary Order of Forfeiture as to defendant Montelongo was entered on December 20, 2022;

- all known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n);

- the time for any third party to file a petition has expired;

- no Petition for Ancillary Hearing has been filed; and

- it further appears there is cause to issue a forfeiture order under 18 U.S.C. 924(d)(1) and 28 U.S.C. 2461(c);

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

- that judgment of forfeiture of the following assets:

    a. the Taurus model G2c 9mm handgun bearing serial number ACC702222 and

    b. the ammunition, to include the magazine, recovered on April 3, 2022,

    shall enter in favor of the United States pursuant to 18 U.S.C. 924(d) and 28 U.S.C. 2461(c), free from the claims of any other party; and

- the United States shall have full and legal title to the above listed assets and may dispose of them in accordance with law.

DATED this 27th day of February, 2023.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge

2