**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-00171-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. VENIETO MONTELONGO,

    Defendant.

---

## JUDGMENT OF FORFEITURE

Pursuant to Final Order of Forfeiture entered by Judge Raymond P. Moore on February 27 2023, the following Judgment of Forfeiture is hereby entered.   It is

ORDERED that judgment of forfeiture for the Taurus model G2c 9mm handgun bearing serial number ACC702222, and the ammunition, to include the magazine, recovered on April 3, 2022, is hereby entered.   It is

FURTHER ORDERED the United States shall have full and legal title to the forfeited Taurus model G2c 9mm handgun bearing serial number ACC702222, and the ammunition, to include the magazine, recovered on April 3, 2022 and may dispose of them in accordance with law.

DATED at Denver, Colorado, this 27th day of February, 2023.

                                        JEFFREY P. COLWELL
                                      Clerk of the U.S. District Court

                              By:   s/K. Myhaver, Deputy Clerk